**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 36683**

| | |
|---|---|
| STATE OF IDAHO, | ) 2010 Unpublished Opinion No. 570 |
| | ) |
| Plaintiff-Respondent, | ) Filed: August 3, 2010 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| JIMMY THOMAS GLASS, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Ronald J. Wilper, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of three years, for enticing children over the internet, affirmed.

Deborah Whipple of Nevin, Benjamin, McKay & Bartlett, LLP, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before LANSING, Chief Judge; GUTIERREZ, Judge;
and MELANSON, Judge

---

PER CURIAM

Jimmy Thomas Glass was found guilty of enticing children over the internet. I.C. §§ 18-1509A, 18-1508, 18-1506. The district court sentenced Glass to a unified term of fifteen years, with a minimum period of confinement of three years. Glass appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Glass's judgment of conviction and sentence are affirmed.